IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

UNITED STATES OF AMERICA,
    Plaintiff

VS.                                  CASE NO.  20-mj-90034-KGG

GREGORY J. FRIKKEN

JAMES C. NUNLEY
also known as "CAM" NUNLEY,

MICHAEL J. SMITH,
    Defendants.

## INFORMATION

The United States Attorney charges that:

## COUNT 1

On or about November 8–9, 2019, at Fort Riley, Kansas, a federal military installation within the exclusive jurisdiction of the United States, in the District of Kansas, **GREGORY J. FRIKKEN and MICHAEL J. SMITH**, did unlawfully go upon any military installation for a purpose prohibited by law, to wit: to gain entry to a properly posted, off-limit area to hunt, in violation of Title 18, United States Code, Section 1382. **(Criminal Trespass) (Class B Misdemeanor)**

## COUNT 2

On or about November 8–9, 2019, at Fort Riley, Kansas, a federal military installation within the exclusive jurisdiction of the United States, in the District of **GREGORY J.**

1

**FRIKKEN and MICHAEL J. SMITH** with others known and unknown did unlawfully, willfully, and knowingly combine, conspire and agree to commit certain offenses against the United States as follows: entered the Fort Riley Military reservation to commit a crime, in violation of Title 18, United States Code, Section 1382 and Section 371. **(Conspiracy to Commit Criminal Trespass) (Class B Misdemeanor)**

### COUNT 3

On or about November 8–9, 2019, at Fort Riley, Kansas, a federal military installation within the exclusive jurisdiction of the United States, in the District of Kansas, **GREGORY J. FRIKKEN and MICHAEL J. SMITH**, did transport, receive, or acquire wildlife taken, possessed, transported, and sold in violation of Federal law, in violation of Title 18, United States Code, Section 1382, and of Title 16, United States Code, Section 3372(a)(1). **(Lacey Act Violation) (Class A Misdemeanor)**

### COUNT 4

On or about November 14, 2018, at Fort Riley, Kansas, a federal military installation within the exclusive jurisdiction of the United States, in the District of Kansas, **GREGORY J. FRIKKEN**, did transport, receive, and acquire wildlife taken, possessed, transported, and sold in violation of Federal law, in violation of Title 18, United States Code, Section 1382, and of Title 16, United States Code, Section 3372(a)(1). **(Lacey Act Violation) (Class A Misdemeanor)**

## COUNT 5

On or about November 8–9, 2019, at Fort Riley, Kansas, a federal military installation within the special maritime and territorial jurisdiction of the United States, in the District of Kansas, **GREGORY J. FRIKKEN**, did conspire and agree to commit certain offenses against the United States as follows: entered the Fort Riley Military reservation to commit a crime, in violation of Title 16, United States Code, Section 3372, and of Title 18, United States Code Section, Section 371. **(Conspiracy to Commit Lacey Act Violation) (Class A Misdemeanor)**

## COUNT 6

On or about November 8–9, 2019, at Fort Riley, Kansas, a federal military installation within the special maritime and territorial jurisdiction of the United States, in the District of Kansas, **MICHAEL J. SMITH**, did conspire and agree to commit certain offenses against the United States as follows: entered the Fort Riley Military reservation to commit a crime, in violation of Title 16, United States Code, Section 3372, and of Title 18, United States Code Section, Section 371. **(Conspiracy to Commit Lacey Act Violation) (Class A Misdemeanor)**

## COUNT 7

In or about November 2018, at Fort Riley, Kansas, a federal military installation within the exclusive jurisdiction of the United States, in the District of Kansas, **JAMES C.**

**NUNLEY**, did transport, receive, or acquire wildlife taken, possessed, transported, or sold in violation of Federal law, in violation of Title 18, United States Code, Section 1382, and of Title 16, United States Code, Section 3372(a)(1). **(Lacey Act Violation) (Class A Misdemeanor)**

## COUNT 8

In or about November 2018, at Fort Riley, Kansas, a federal military installation within the special maritime and territorial jurisdiction of the United States, in the District of Kansas, **JAMES C. NUNLEY**, did possess wildlife taken, possessed, transported, and sold, in violation of, and in a manner unlawful under, Kansas law, to wit: unlawfully hunting big game, without a valid license, as required, in violation of K.S.A §§ 32-919(a) and K.S.A. § 32-1032, in violation of Title 16, United States Code, Section 3372(a) (3) . **(Lacey Act Violation) (Class A Misdemeanor)**

## COUNT 9

In or about November 2018, at Fort Riley, Kansas a federal military installation within the special maritime and territorial jurisdiction of the United States, in the District of Kansas, **MICHAEL J. SMITH**, did possess wildlife taken, possessed, transported, and sold, in violation of, and in a manner unlawful under, Kansas law, to wit: possession of an illegally harvested mature white-tailed deer, in violation of K.S.A. §§ 32-1002, 1003, in violation of Title 16, United States Code, Section 3372(a) (3) . **(Lacey Act Violation) (Class A Misdemeanor)**

## COUNT 10

In or about November 2018, at Fort Riley, Kansas, a federal military installation within the exclusive jurisdiction of the United States, in the District of Kansas, **MICHAEL J. SMITH**, did transport, receive, or acquire wildlife taken, possessed, transported, or sold in violation of Federal law, in violation of Title 18, United States Code, Section 1382, and of Title 16, United States Code, Section 3372(a) (1) . **(Lacey Act Violation) (Class A Misdemeanor)**

## COUNT 11

In or about and between November through December 2018, both dates being approximate and inclusive, at Fort Riley, Kansas, a federal military installation within the special maritime and territorial jurisdiction of the United States, in the District of Kansas, **GREGORY J. FRIKKEN**, did possess wildlife taken, possessed, transported, and sold in violation of, or in a manner unlawful under, Kansas law, to wit: possession of an elk head and deer heads without requesting and possessing a salvage tag, in violation of K.A.R. § 115-4-2, in violation of Title 16, United States Code, Section 3372(a) (3) . **(Lacey Act Violation) (Class A Misdemeanor)**

## COUNT 12

In or about and between November through December 2018, both dates being approximate and inclusive, at Fort Riley, Kansas, a federal military installation within the

5

special maritime and territorial jurisdiction of the United States, in the District of Kansas, **GREGORY J. FRIKKEN**, did possess wildlife taken, possessed, transported, and sold, in violation of, and in a manner unlawful under, Kansas law, to wit: possession of a carcass of a big game animal, taken within the State of Kansas, without possessing a carcass tags as required, in violation of K.S.A. § 32-1004(a) (1) , in violation of Title 16, United States Code, Section 3372(a) (3) . **(Lacey Act Violation) (Class A Misdemeanor)**

## COUNT 13

In or about and between November through December 2018, both dates being approximate and inclusive, at Fort Riley, Kansas, a federal military installation within the exclusive jurisdiction of the United States, in the District of Kansas, **GREGORY J. FRIKKEN**, did transport, receive, and acquire wildlife taken, possessed, transported, and sold in violation of Federal law, in violation of Title 18, United States Code, Section 1382, and of Title 16, United States Code, Section 3372(a) (1) . **(Lacey Act Violation) (Class A Misdemeanor)**

## COUNT 14

In or about November 2018, at Fort Riley, Kansas, a federal military installation within the exclusive jurisdiction of the United States, in the District of Kansas, **JAMES C. NUNLEY**, did unlawfully go upon any military installation for a purpose prohibited by law, to wit:  to gain entry to a properly posted, off-limit area, in violation of Title 18, United States Code, Section 1382. **(Criminal Trespass) (Class B Misdemeanor)**

## COUNT 15

In or about November 2018, at Fort Riley, Kansas, a federal military installation within the exclusive jurisdiction of the United States, in the District of Kansas, **JAMES C. NUNLEY**, did transport, receive, and acquire wildlife taken, possessed, transported, and sold in violation of Federal law, in violation of Title 18, United States Code, Section 1382, and of Title 16, United States Code, Section 3372(a)(1).  **(Lacey Act Violation) (Class A Misdemeanor)**

## COUNT 16

In or about November 2018, at Fort Riley, Kansas, a federal military installation within the exclusive jurisdiction of the United States, in the District of **GREGORY J. FRIKKEN and JAMES C. NUNLEY** with others known and unknown did unlawfully, willfully, and knowingly combine, conspire and agree to commit certain offenses against the United States as follows: entered the Fort Riley Military reservation to commit a crime, in violation of Title 18, United States Code, Section 1382, and of Title 18, United States Code, Section 371.  **(Conspiracy to Commit Criminal Trespass) (Class B Misdemeanor)**

## COUNT 17

In or about and between November through December 2018, both dates being approximate and inclusive, at Fort Riley, Kansas, a federal military installation within the special maritime and territorial jurisdiction of the United States, in the District of Kansas, **JAMES C. NUNLEY**, did possess wildlife taken, possessed, transported, and sold, in violation of, and in a manner unlawful under, Kansas law, to wit: possession of a carcass of a big game animal, taken within the State of Kansas, without possessing a carcass tags as required, in violation of K.S.A. § 32-1004(a)(1), in violation of Title 16, United States Code, Section 3372(a)(3).  **(Lacey Act Violation) (Class A Misdemeanor)**

## COUNT 18

In or about and between November through December 2018, both dates being approximate and inclusive, at Fort Riley, Kansas, a federal military installation within the exclusive jurisdiction of the United States, in the District of Kansas, **JAMES C. NUNLEY**, did transport, receive, and acquire wildlife taken, possessed, transported, and sold in violation of Federal law, in violation of Title 18, United States Code, Section 1382, and of Title 16, United States Code, Section 3372(a)(1).  **(Lacey Act Violation) (Class A Misdemeanor)**

## FORFEITURE NOTICE

1.  The allegations contained in Counts 1-18 of this Complaint and the attached law enforcement affidavit are hereby realleged and incorporated by reference for the purpose of alleging forfeitures pursuant to Title 16, United States Code, Section 3374.

2.  Upon conviction of one or more of the offenses set out in Counts 3-13, 15, and 17–18 in violation of Title 16, United States Code, Section 3372, the defendants,

**GREGORY J. FRIKKEN,**

**JAMES C. NUNLEY, and**

**MICHAEL J. SMITH,**

shall forfeit to the United States, pursuant to Title 16, United States Code, Section 3374, and Title 28, United States Code, Section 2641, all wildlife imported, exported, transported, sold, received, acquired, or purchased as a result of said violations, including but not limited to the following:

| Harvested by or Recovered from: | Location Where Seized: | Description |
|---|---|---|
| Frikken, G. | Frikken residence | 24 naturally shed elk antlers collected from the Impact Area |
| Frikken, G. | Frikken residence | 34 naturally shed deer antlers collected from the Impact Area |
| Frikken, G. | Frikken residence | 8 Whitetail Buck skulls collected from the Impact Area (various sizes) |
| Frikken, G. | Frikken residence | 1 Bull Elk skull collected from the Impact Area (13 points) |
| Frikken, G. | Business located in the District of Kansas | 1 Whitetail Buck Skull collected in the MPRC |

9

| Nunley, J | Nunley residence | Whitetail deer shoulder mount, illegally harvested on Fort Riley in 2015 (9 points) |
| --- | --- | --- |
| Nunley, J. | Nunley residence | Whitetail deer shoulder mount, illegally harvested on Fort Riley in 2017 (18 points) |
| Nunley, J. | Nunley residence | 1 Bull Elk Skull collected from the Impact Area (12 points) |
| Nunley, J. | Nunley residence | 1 naturally shed elk antler collected from the Impact Area |
| Smith, M. | Smith residence (New York) | Whitetail deer shoulder mount, illegally harvested in the Impact Area in 2018 (9 points) |
| Chambers, Z. | Frikken residence | Whitetail deer shoulder mount, illegally harvested in the Impact Area in 2017 (13 points) |
| Chambers, Z. | Business located in the District of Kansas | Whitetail deer buck skull cap and antlers, illegally harvested in the Impact Area in 2019 (11 points) |
| Chambers, Z. | Business located in the District of Kansas | Attached to 2019 buck skull cap illegally harvested by Chambers in 2019 |

Pursuant to Title 16, United States Code, Section 3374 and Title 28, United States Code, Section 2461(c).

STEPHEN R. MCALLISTER
United States Attorney
District of Kansas

*Robin A. Graham*
ROBIN A. GRAHAM
Special Assistant U.S. Attorney

The court has reviewed the documentation attached hereto, and finds probable cause for the issuance of a warrant or summons if required.

Filed   May 20, 2020

_____
HON KENNETH G. GALE
U.S Magistrate Judge